1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TATYANA VASSERMAN, an individual, | ) ) ) | Case No.: 2:13-cv-08101-RSWL-RZ |
|---|---|---|
| Plaintiff, vs. MIDLAND FUNDING, LLC, a Delaware limited liability company; LEGAL RECOVERY LAW OFFICES, INC., a California corporation; and DOES 1-10, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation of Plaintiff TATYANA VASSERMAN and Defendants MIDLAND FUNDING, LLC and LEGAL RECOVERY LAW OFFICES, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant

2  to FRCP 41(a)(1)(A)(ii).  Each Party shall bear its own costs and expenses.

**IT IS SO ORDERED**

DATED: 6/5/2014

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE